AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
для the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>9133 W. Marshall Avenue, Glendale, Arizona 85305. | Case No. 22-5195 MB |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before __6/16/22__ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to any United States Magistrate Judge on criminal duty in the District of Arizona.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for __30__ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __June 2, 2022 @ 10:59 am__       __/s/ Deborah M. Fine__
                                                                                                *Judge's signature*

City and state: __Phoenix, Arizona__       __Honorable Deborah M. Fine, U.S. Magistrate Judge__
                                                                                  *Printed name and title*

## ATTACHMENT A

*Property to be searched*

The property to be searched is 9133 W. Marshall Avenue, Glendale, Arizona 85305, further described as a single-family residence located on the south side of Marshall Ave. The home is stucco construction, painted burnt orange, with white trim and a tan tile roof. The front door of the home faces north with a window on the east side and a three-car garage on the west.

The front of the home has a circular driveway with grass landscaping. There are several palm trees directly north of the front door and a free-standing mailbox in front of the home at the curb with the numbers "9133" on the side. There are RV gates on the east and west side of the property with structures on each side inside the backyard.

*[handwritten: Limitation on areas of the property to be searched, below. DMF]*

*[photograph of the front of the residence showing driveway, garage, and palm trees]*

This search ~~shall include all~~ *[handwritten: is limited to]* areas accessible to Claney TAYLOR, including rooms, sheds and outdoor buildings on the property. *[handwritten: DMF]*

## ATTACHMENT B

*Property to be seized*

1. Clothing worn during robbery either pictured or reported by witnesses to include:
   - Black t-shirt
   - black mask with skeleton logo on front
   - black or gray zip up hooded sweatshirt
   - red/white print button down shirt
   - tan or brown jogger pants
   - black athletic shoes
2. Any firearms, firearms accessories, firearms parts, and firearms cases;
3. Any and all U.S. Currency;
4. Cellular telephones or any other electronic storage devices in areas designated for or possessed by Clancy TAYLOR's;
5. Notebooks, calendars, journals, documents or other items identifying or indicating the ideology, motivation, preparation, and planning related to bank robberies, or any other robberies;
6. Diaries, journals, ledgers, photographs, maps, communication, contacts, or other personal records indicating Clancy TAYLOR's locations or activities leading up to the March 12, 2022 robbery;
7. Receipts, forms, and other documents related to the purchase of firearms and ammunition; and,
8. Receipts dated March 12, 2022 through present.

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>22-5195MB | Date and time warrant executed:<br>06/02/2022 11:30 am | Copy of warrant and inventory left with:<br>Robert Dawghenbaugh |
| Inventory made in the presence of :<br>Robert Dawghenbaugh | | |
| Inventory of the property taken and name of any person(s) seized: | | |
| one pair black color shoes, "HOSS", size 10 | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 06/02/2022

*Executing officer's signature*

Travis Bodily, Special Agent
*Printed name and title*